# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Billy William Austin,<br> *aka* Bill W Austin,<br>Jessica Marie Austin,<br><br>Debtors. | Bky. No.:   15-32904<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 9010(b), 2002(g)(1), and Local Rule 2002-5, the undersigned hereby notes an appearance as attorney for:

Wells Fargo Bank, N.A.

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, and financial and other reports) served or filed in this case upon the undersigned at the office address set forth below.

Wells Fargo Bank, N.A.
c/o Schiller and Adam, P.A.
25 Dale Street North
St. Paul, MN 55102

Respectfully submitted,

**SCHILLER & ADAM**

Dated: October 9, 2015      By:   */e/ Samuel R. Coleman*
Samuel R. Coleman (#389839)
The Academy Professional Building
25 Dale Street North
St. Paul,  MN  55102
samuel@schillerandadam.com
Phone: (651) 209-9785
Fax:  (651) 292-9482